REDACTED COPY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
2013 MY -1 AM 10: 57
WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE
BY:_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § | Cause No.: **DR08-CR-232** |
| | § | **SUPERSEDING INDICTMENT** |
| v. | § § | |
| | § | [VIO: COUNT ONE: 21 U.S.C. §§ |
| ALFREDO ANDRADE, aka ALFREDO | § | 841(a)(1) & (b)(1)(A) and 846, |
| ANDRADA-PARRA (1), | § | Conspiracy to Possess With Intent to |
| ROBERTO ANDRADE, aka ROBERTO | § | Distribute Marijuana; COUNT TWO: 21 |
| DIAZ-ANDRADE, aka LUIS ROBERTO | § | U.S.C. §§ 952(a), 960(a)(1)&(b)(1), and |
| ARREDONDO ANDRADE (2) | § § | 963, Conspiracy to Import Marijuana] |

THE GRAND JURY CHARGES:

COUNT ONE
[21 U.S.C. §§ 841(a)(1) & (b)(1)(A) and 846]

Beginning on or about January 1, 2002 until on or about April 1, 2013, in the Western District of Texas, Defendants,

ALFREDO ANDRADE, aka ALFREDO ANDRADE-PARRA,
ROBERTO ANDRADE, aka ROBERTO DIAZ-ANDRADE, aka LUIS ROBERTO ARREDONDO ANDRADE,

knowingly, and intentionally and unlawfully combined, conspired, confederated and agreed together and with others known and unknown to possess with the intent to distribute a controlled substance, which offense involved a quantity of 1000 kilograms or more of a mixture or substance containing a detectable amount of Marijuana, a Schedule I Controlled Substance, contrary to Title 21, United States Code, Section 841(a)(1) & (b)(1)(A) and 846.

COUNT TWO
[21 U.S.C. §§ 952(a), 960(a)(1)&(b)(1), and 963 ]

Beginning on or about January 1, 2002 until on or about April 1, 2013, in the Western District of Texas, Defendants,

ALFREDO ANDRADE, aka ALFREDO ANDRADE-PARRA,

ROBERTO ANDRADE, aka ROBERTO DIAZ-ANDRADE, aka LUIS ROBERTO ARREDONDO ANDRADE,

knowingly, intentionally, and unlawfully combined, conspired, confederated and agreed together and with others known and unknown to import into the United States from Mexico, a place outside the United States, a controlled substance, which offense involved a quantity of 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, §§ 952(a), 960(a)(1)&(b)(1) and 963.

A TRUE BILL.

ROBERT PITMAN
United States Attorney

By: _____
MICHAEL C. GALDO
Assistant United States Attorney

SEALED:
UNSEALED: XX

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

DR-08-CR-232

COUNTY: VAL VERDE     USAO #: 2008R0245
DATE: May 1, 2013     MAG. CT. #:
AUSA: MICHAEL C. GALDO
DEFENDANT: ALFREDO ANDRADE
CITIZENSHIP: MEXICO
INTERPRETER NEEDED: YES     LANGUAGE: SPANISH
DEFENSE ATTORNEY: N/A
ADDRESS OF ATTORNEY: N/A
DEFENDANT IS          DATE OF ARREST: n/a
BENCH WARRANT NEEDED:
PROBATION OFFICER: N/A
NAME AND ADDRESS OF SURETY: N/A
YOUTH CORRECTIONS ACT APPLICABLE: NO
PROSECUTION BY: SUPERSEDING INDICTMENT
OFFENSE: (Code & Description): Count 1: 21 U.S.C. §§ 841(a)(1) & (b)(1)(A) and 846, Conspiracy to possess with intent to distribute marijuana; COUNT 2- 21 U.S.C. §§ 952(a), 960(a)(1)&(b)(1) and 963, Conspiracy to Import of Marijuana
OFFENSE IS A: FELONY
MAXIMUM SENTENCE: COUNTS 1 and 2: 10 years to life imprisonment; up to $10 million fine; at least 5 years of supervised release; $100 special assessment..
PENALTY IS MANDATORY: YES & NO
REMARKS: SEE ABOVE   W/DT-CR-3

SEALED:
UNSEALED: XX

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

DR-08-CR-232

COUNTY: VAL VERDE            USAO #: 2008R0245
DATE: May 1, 2013            MAG. CT. #:
AUSA: MICHAEL C. GALDO
DEFENDANT: ROBERTO ANDRADE
CITIZENSHIP: MEXICO
INTERPRETER NEEDED: YES        LANGUAGE: SPANISH
DEFENSE ATTORNEY: N/A
ADDRESS OF ATTORNEY: N/A
DEFENDANT IS            DATE OF ARREST: n/a
BENCH WARRANT NEEDED:
PROBATION OFFICER: N/A
NAME AND ADDRESS OF SURETY: N/A
YOUTH CORRECTIONS ACT APPLICABLE: NO
PROSECUTION BY: SUPERSEDING INDICTMENT
OFFENSE: (Code & Description): Count 1: 21 U.S.C. §§ 841(a)(1) & (b)(1)(A) and 846, Conspiracy to possess with intent to distribute marijuana; COUNT 2- 21 U.S.C. §§ 952(a), 960(a)(1)&(b)(1) and 963, Conspiracy to Import of Marijuana
OFFENSE IS A: FELONY
MAXIMUM SENTENCE: COUNTS 1 and 2: 10 years to life imprisonment; up to $10 million fine; at least 5 years of supervised release; $100 special assessment.
PENALTY IS MANDATORY: YES & NO
REMARKS: SEE ABOVE   W/DT-CR-3